O
JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 3 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TONY THEUS-WILLIAMS,

                Petitioner,

      v.

PEOPLE OF THE STATE OF CALIFORNIA,

                Respondent.

Case No. CV 14-7278 PSG (JCG)

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: September 30, 2014

_____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE